FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Sep 04, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CR-133-RGJ

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

AJIBOLA ODUNTAN                                             DEFENDANT

## CONSULAR NOTIFICATION

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you.

Do you want us to notify your country's consular officials?

(YES)                                    NO

(Please circle one.)

Signed by: _____

Date: 04/09/25

# NOTIFICATION SHEET

**SUBJECT:**
**NOTIFICATION OF ARREST OR DETENTION OF A NATIONAL OF YOUR COUNTRY**

**DATE/TIME:** 9/4/2025; 3:00 pm

**TO:** Embassy/Consulate of __Nigeria__ in __Atlanta__, __GA__
(COUNTRY)　　　　(CITY)　　　　(STATE)

**FAX/EMAIL:** info@nigeria-consulate-atl.org

**FROM:**

Name/Office __United States District Court Western District of Kentucky__

Address __241 E. Main Street, Room 120__

City __Bowling Green__　State __KY__　Zip Code __42101__

Telephone (__270__) __393-2500__　Fax (__270__) __393-2519__

*We arrested/detained the following foreign national, who we understand is a national of your country, on* __8/4/2025__ .
(DATE)

Name: __Ajibola Oduntan__

Date of Birth/Place of Birth: ██████

Nationality/Country: __Nigeria__

Passport Issuing Nation: ____

Passport Number: ____

**This person has been or may be charged with the following offense(s):**

__18:1349 and 1343 CONSPIRACY TO COMMIT WIRE FRAUD__

For more information, **please call** __270-393-2500__ between the hours of __8:30 am to 4:30 pm CT__

Please refer to **case number** __3:25-cr-00133-RGJ__ when you call.

ADDITIONAL INFORMATION:

# Kim Yates

| | |
|---|---|
| **From:** | Kim Yates |
| **Sent:** | Thursday, September 4, 2025 3:02 PM |
| **To:** | info@nigeria-consulate-atl.org |
| **Subject:** | 3:25-mj-133-RGJ - Consular Notification |
| **Attachments:** | 325cr133RGJ-consular.notification.pdf |

See attached.

Thanks,

Kim Yates
Case Administrator
U. S. District Court
Western District of Kentucky
241 East Main Avenue, Rm. 120
Bowling Green, Kentucky 42101
270-393-2508

**Kim Yates**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@uscourts.gov> |
| **To:** | info@nigeria-consulate-atl.org |
| **Sent:** | Thursday, September 4, 2025 3:02 PM |
| **Subject:** | Relayed: 3:25-mj-133-RGJ - Consular Notification |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

info@nigeria-consulate-atl.org (info@nigeria-consulate-atl.org)

Subject: 3:25-mj-133-RGJ - Consular Notification